William J. Macke, OSB No. 091793
william.j.macke@gmail.com
William J. Macke & Associates
4411 NE Tillamook Street
Portland, OR 97213
Tel 503-282-0863
Fax 503-886-8918
Attorney for Plaintiff

## UNITIED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JOSE D. GAMBOA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALMONT INDUSTRIES, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 3:12-cv-1850-BR<br><br>**JUDGMENT**<br>**(Stipulated Judgment of Dismissal)** |

IT IS HEREBY ORDERED that the above-entitled case be dismissed with prejudice and without costs or attorney fees to either party.

IT IS SO STIPULATED:

By: /s/ *William J. Macke*
William J. Macke, OSB #091793
Attorney for Plaintiff

By:/s/ *Joseph Vance*
Joseph Vance, OSB #991320
Attorney for Defendants

　　Based on the above stipulation:

Page 1　JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that a general judgment of dismissal as to all claims against defendants is entered in the above-entitled matter with prejudice and without costs or fees to either party.

Dated this 13th day of February 2014.

_____
Hon. Anna J. Brown
United States District Judge

Page 2   JUDGMENT

William J. Macke & Associates
4411 NE Tillamook St.
Portland, OR 97213
Tel (503) 282-0863
Fax (503) 886-8918